```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12495
    CHARLOTTE GUIDER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-1585


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/02/2006 and was confirmed 03/06/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
NEW CENTURY MORTGAGE COR  CURRENT MORTG           .00              .00              .00
NEW CENTURY MORTGAGE COR  MORTGAGE ARRE       6190.00              .00          4020.21
AMERICASH LOANS LLC       UNSECURED           2656.22              .00              .00
AMERICASH LOANS LLC       UNSECURED           2213.44              .00              .00
AT & T BANKRUPCTY         UNSECURED          NOT FILED             .00              .00
AT&T CREDIT MANAGEMENT C  UNSECURED          NOT FILED             .00              .00
CHECK NOW INC             UNSECURED            766.03              .00              .00
CITY OF CHICAGO PARKING   UNSECURED            730.00              .00              .00
CITY OF CHICAGO REVENUE   UNSECURED          NOT FILED             .00              .00
COMMONWEALTH EDISON       UNSECURED          NOT FILED             .00              .00
DEVON FINANCIAL SERVICE   PRIORITY                .00              .00              .00
DISH NETWORK              UNSECURED          NOT FILED             .00              .00
ROUNDUP FUNDING LLC       UNSECURED           3597.48              .00              .00
ILLINOIS COLLECTION SYST  UNSECURED          NOT FILED             .00              .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY        NOT FILED             .00              .00
MERCY HOSPITAL & MEDICAL  UNSECURED          NOT FILED             .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED          NOT FILED             .00              .00
AFNI/VERIZON WIRELESS     UNSECURED           1509.66              .00              .00
CITY OF CHICAGO WATER DE  SECURED             366.42               .00            366.42
DEVON FINANCIAL SERVICE   UNSECURED           2140.28              .00              .00
ERNESTO D BORGES JR       DEBTOR ATTY        2,500.00                           2,500.00
TOM VAUGHN                TRUSTEE                                                 509.69
DEBTOR REFUND             REFUND                                                    .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 7,396.32

PRIORITY                                        .00
SECURED                                       4,386.63

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 12495 CHARLOTTE GUIDER
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,500.00
TRUSTEE COMPENSATION                                            509.69
DEBTOR REFUND                                                      .00
                                        ----------------  ----------------
TOTALS                                          7,396.32          7,396.32
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 01/27/09                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE

                           PAGE   2
         CASE NO. 06 B 12495 CHARLOTTE GUIDER